B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of North Carolina

In re Donnie L. Wallin,    Case No. 20-10009

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of BKPL-EG Series N Trust | Rushmore Loan Management Services, LLC as Servicer for U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 4
Amount of Claim: $105,735.38
Date Claim Filed: 03/16/2020

Phone: 800-603-0836
Last Four Digits of Acct #: 4198

Phone: 888-504-6700
Last Four Digits of Acct. #: 2280

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John W. Fletcher III    Date: 03/24/2022
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.